UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO.: 19-00142 (RMM) |
| | : | |
| v. | : | VIOLATIONS: |
| | : | |
| | : | 18 U.S.C. § 970(b)(2)(D) |
| ESTELLE NANKAM WAKAM, | : | (Refusal to Depart from Premises of |
| | : | Property Utilized by a Foreign |
| Defendant. | : | Government after Request by a |
| | : | Law Enforcement Officer) |
| | : | (Count One) |
| | : | |
| | : | 18 U.S.C. § 111(a)(1) |
| | : | (Assaulting, Resisting, Opposing, |
| | : | Impeding, and Interfering With an |
| | : | Officer of the United States While |
| | : | Engaged in the Performance of |
| | : | Official Duties) |
| | : | (Counts Two & Three) |

## INFORMATION

The United States Attorney charges:

## COUNT ONE

On or about May 25, 2019, in the District of Columbia, the defendant, **ESTELLE NANKAM WAKAM**, did knowingly and willfully refuse to depart from the premises of property utilized by a foreign government, that is, the Government of Cameroon, after a request by a person having law enforcement powers, that is, an officer of the United States Secret Service.

**(Refusal to Depart from Premises of Property Utilized by a Foreign Government after Request by a Law Enforcement Officer**, in violation of Title 18, United States Code, Section 970(b)(2)(D))

## COUNT TWO

On or about May 25, 2019, in the District of Columbia, the defendant, **ESTELLE NANKAM WAKAM,** did forcibly assault, resist, oppose, impede, and interfere with an officer

of the United States Secret Service engaged in or on account of the performance of his official duties, and such act involved physical contact with the victim of that assault, that is, a bite of the officer's hand.

**(Assaulting, Resisting, Opposing, Impeding, and Interfering With an Officer of the United States While Engaged in the Performance of Official Duties,** in violation of Title 18, United States Code, Section 111(a)(1))

## COUNT THREE

On or about May 25, 2019, in the District of Columbia, the defendant, **ESTELLE NANKAM WAKAM**, did forcibly assault, resist, oppose, impede, and interfere with an officer of the United States Secret Service engaged in or on account of the performance of his official duties, and such act involved physical contact with the victim of that assault, that is, a kick to an officer's knee.

**(Assaulting, Resisting, Opposing, Impeding, and Interfering With an Officer of the United States While Engaged in the Performance of Official Duties,** in violation of Title 18, United States Code, Section 111(a)(1))

JESSIE K. LIU

United States Attorney
D.C. Bar No. 472845

By: *Reagan N. Clyne* (signature)
REAGAN N. CLYNE
Virginia Bar No. 74767
Special Assistant U.S. Attorney
National Security Section
United States Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530
Reagan.Clyne@usdoj.gov
(202) 252-7215